IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORIA M. KING, | ) | 1:09cv01940 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 12) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 24, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her Opening Brief.  The parties' request is GRANTED.  Plaintiff's Opening Brief SHALL be filed on or before August 11, 2010.  Defendant's opposition, if any, shall be filed on or before September 13, 2010.

IT IS SO ORDERED.

Dated:  __June 28, 2010__           _____/s/ **Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE

1