BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS, CO SBN 15153
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DORIA M. KING, | Case No. 1:09-CV-01940-DLB |
|     Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's opening brief, due to workload demands of Defendant's counsel and the absence of Defendant's counsel from the office from September 6-19, 2010. The current due date for Defendant's responsive brief is September 13, 2010. The new due date will be October 13, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATE: August 31, 2010                LAW OFFICES OF LAWRENCE D. ROHLFING

                          By:   */s/ Stephen G. Rosales*\*
                                (* As authorized via email on August 31, 2010)
                                STEVEN G. ROSALES

                                Attorneys for Plaintiff

DATE: August 31, 2010                BENJAMIN B. WAGNER
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                          By    */s/ Jacob M. Mikow*
                                JACOB M. MIKOW
                                Special Assistant United States Attorney

                                Attorneys for Defendant


IT IS SO ORDERED.

Dated:   **September 1, 2010**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE